### 6342.   BUFORD v. THE STATE.

BROYLES, J.   The assignment of error that the verdict of voluntary manslaughter was not authorized by the evidence, and, therefore, was contrary to law, is not supported; and the trial judge did not err in overruling the motion for a new trial.          *Judgment affirmed.*

DECIDED JUNE 25, 1915.

Conviction of manslaughter; from Randolph superior court—Judge Worrill.   November 9, 1914.

*Charles W. Worrill, R. Terry, J. E. McDonald,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.

---

### 6349.   McIVER v. THE STATE.

BROYLES, J.   The evidence, though weak as to the defendant's criminal intent, was sufficient to authorize the verdict, and, the trial judge having approved it, the judgment refusing a new trial is *Affirmed.*

DECIDED JUNE 25, 1915.

Indictment for larceny; from Liberty superior court—Judge Larsen.   December 28, 1914.

*Ben. A. Way,* for plaintiff in error.

*W. F. Slater, solicitor-general,* contra.

---

### 6367.   STEPHENS v. THE STATE.

BROYLES, J.   The evidence, though weak, authorized the verdict; no error of law is complained of, and the discretion of the trial judge in refusing the grant of a new trial will not be controlled.

*Judgment affirmed.   Russell, C. J., dissents.*

DECIDED JUNE 25, 1915.

Conviction of carrying pistol without license; from city court of Dublin—Judge Hicks.   January 12, 1915.

*R. Earl Camp,* for plaintiff in error.

*S. P. New, solicitor,* contra.